# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
Case No. 6:22-cv-00810-WWB-EJK

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

CASSA REALTY CORP,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that the Parties have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.[1]

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Joshua A. Glickman, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

---

[1] On July 1, 2022, this Court entered an Order (D.E. 12) to show cause as to why this action should not be dismissed for Plaintiff's failure to timely move for entry of default pursuant to Local Rule 1.10(b). Plaintiff sincerely apologizes to the Court for this delay. The Parties have now settled this matter, and Plaintiff again apologizes to the Court for any and all delays which the Parties' settlement negotiations may have caused, and respectfully request the Court accept this as Plaintiff's response to the Court's Order.

Social Justice Law Collective, PL
974 Howard Ave.
Dunedin, FL 34698
(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff

By:   *s/ Joshua A. Glickman*
      Joshua A. Glickman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 7th day of July, 2022, which will send a notice of electronic filing to all attorneys of record.

By:   *s/ Joshua A. Glickman*
      Joshua A. Glickman, Esq.